1  JASON H. BORCHERS, Bar No. 199120
   LITTLER MENDELSON
2  A Professional Corporation
   5200 North Palm Avenue, Suite 302
3  Fresno, CA 93704.2225
   Telephone: 559.244.7500
4
   Attorneys for Defendant
5  CRIMSON RESOURCE MANAGEMENT, A CORPORATION

FILED
AUG 8  3 28 PM '02
CLERK
EASTERN DISTRICT COURT
BY _____ AT FRESNO CALIF.
       DEPUTY

LODGED
AUG - 7 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN GAITHER, DONALD GOHN, and HAROLD D. MARTIN, JR., <br><br> Plaintiffs, <br><br> v. <br><br> CRIMSON RESOURCE MANAGEMENT, a corporation, <br><br> Defendant. | Case No. CIV F-01-5008 OWW LJO <br><br> **STIPULATION OF DISMISSAL** <br><br> CLOSED <br> DATE: 8·9·02 |

IT IS HEREBY STIPULATED by and between Plaintiff Ken Gaither and Defendant Crimson Resource Management, Inc., to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all causes of action pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: July 29, 2002

_____
JASON H. BORCHERS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CRIMSON RESOURCE MANAGEMENT, A CORPORATION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

FRESNO:67088.1 040810.1001

Stipulation of Dismissal

o.d. 8-5

1  Dated: July ___, 2002

3  _____
   OREN O'NEILL
4  Attorneys for Plaintiffs

It is so Ordered.  Dated: 8-8-02

_____
United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

FRESNO:67088.1 040810.1001

2.

```
               United States District Court
                          for the
                Eastern District of California
                       August 9, 2002


              * * CERTIFICATE OF SERVICE * *


                                      1:01-cv-05008

    Gaither

        v.

    Crimson Resource
```
_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 9, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Oren O'Neill
        1908 Brundage Ln                     OWW LJO
        Bakersfield, CA   93304

        Jason H Borchers
        Littler Mendelson
        A Professional Corporation
        5200 North Palm Avenue
        Suite 302
        Fresno, CA   93704-2225
```

                                        Jack L. Wagner, Clerk

                                        BY: _____
                                            Deputy Clerk